■ In the Matter of JACOB FULLER v. JOSEPH SCHECHTER, as Director of Personnel of the New York City Civil Service Commission, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure their appellants' points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Estate of LEOPOLD SEYFFERT, Deceased. RAMONA CREHAN; EDWARD EAGAN.— Motion for enlargement of time granted only insofar as to extend the claimant's time to serve and file the record on appeal and appellant's points to and including January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before February 15, 1961. In all other respects the motion is denied. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MARLEENE MATIAS, an Infant, by RICARDO MATIAS, Her Guardian ad Litem, et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion for enlargement of time granted insofar as to extend the plaintiffs-appellants' time to serve and file the record on appeal and appellants' points to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March 15, 1961. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ MARY HEELAN et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss appeal unanimously granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 16, 1961, with notice of argument for February 28, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID GABAY.— Motion to dismiss appeal granted unless the appellant serves and files a notice of argument for the March 1961 Term of this court on or before January 31, 1961, and argues or submits the appeal at the March 1961 Term. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) ARMAND A. CIOFFI v. CITY OF NEW YORK et al. (B) VENTURA FIGUEROA v. ST. CATHERINE'S HOSPITAL ASSOCIATION OF THE CITY OF BROOKLYN et al.— [In each action] Motion for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon a proper affidavit of merits. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

## (January 18, 1961)

■ ROBERT HINDIN v. MUTUAL TRUST LIFE INSURANCE COMPANY.— Motion by Equitable Life Assurance Society to file a brief *amicus curiæ* denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of BROADWAY MAINTENANCE CORP. v. TEMPORARY COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 19, 1961, with notice of argument for January 20, 1961, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before January 19, 1961. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.